IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY KAY, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| KARIN JORDAN AGUDELO, TED MORENO, § | |
| MARIA CAMILA OLIVEROS-JORDAN, § | |
| ALEJANDRO OLIVEROS-JORDAN, DAVID § | |
| OLIVEROS-JORDAN, MILTON MORENO § | |
| GARZON, ADOLFO NARANJO, JUAN § | CASE NO. 3:19-CV-3027-D |
| GABRIEL NEIRA JIMENEZ, HILDA MORENO, § | |
| LAURA GOMEZ, NOE GOMEZ, JENNIFER § | |
| STEPHANIE MARTINEZ FLORES, ANYELLY § | |
| MONTOYA, FERNANDO JAVIER FIGUEROA, § | |
| YAMIL FIGUEROA LOBATO, NORMA § | |
| BEATRIZ ARATA, MARTIN LOBATO, and § | |
| JOHN DOES 1-50, natural persons, and EASY § | |
| FAST, INC., CALIFORNIA L.A. FASHION, INC., § | |
| ALL SELLER, INC., ALLPRODUCTS CORP., § | |
| SMILE DISTRIBUTION, INC., SOLODERMA, § | |
| LLC, OCEAN ONE INVESTMENTS PRO, LLC, § | |
| and JOHN DOES 51-100, business entities, § | |
| § | |
| Defendants. § | |

## ORDER

The Court, having considered the unopposed motion to extend the deadline to answer or otherwise respond to Plaintiff Mary Kay, Inc.'s original complaint filed by Defendant Soloderma, LLC finds that the request to extend the deadline has merit.

IT IS THEREFORE ORDERED that Defendant Soloderma, LLC's motion is hereby GRANTED, and that the deadline for it to answer or otherwise respond to Plaintiff Mary Kay, Inc.'s original complaint is extended to February 14, 2020.

SO ORDERED.

January 24, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE