IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY KAY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KARIN JORDAN AGUDELO, TED MORENO, MARIA CAMILA OLIVEROS-JORDAN, ALEJANDRO OLIVEROS-JORDAN, DAVID OLIVEROS-JORDAN, MILTON MORENO GARZON, ADOLFO NARANJO, JUAN GABRIEL NEIRA JIMENEZ, HILDA MORENO, LAURA GOMEZ, NOE GOMEZ, JENNIFER STEPHANIE MARTINEZ FLORES, ANYELLY MONTOYA, FERNANDO JAVIER FIGUEROA, YAMIL FIGUEROA LOBATO, NORMA BEATRIZ ARATA, MARTIN LOBATO, and JOHN DOES 1-50, natural persons, and EASY FAST, INC., CALIFORNIA L.A. FASHION, INC., ALL SELLER, INC., ALLPRODUCTS CORP., SMILE DISTRIBUTION, INC., SOLODERMA, LLC, OCEAN ONE INVESTMENTS PRO, LLC, and JOHN DOES 51-100, business entities,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 3:19-cv-03027-D |

**APPENDIX IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANTS SOLODERMA, LLC, ANYELLY MONTOYA AND MARTIN LOBATO**

Defendants Soloderma, LLC, Anyelly Montoya and Martin Lobato file this appendix in support of their motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By: *<u>/s/ Eric C. Wood</u>*

Eric C. Wood
State Bar No. 24037737
eric@brownfoxlaw.com
Cortney C. Thomas
State Bar No. 24075153
cort@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Fax: (214) 327-5001

ATTORNEYS FOR DEFENDANTS SOLODERMA, LLC, ANYELLY MONTOYA AND MARTIN LOBATO

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, a true and correct copy of the foregoing document has been sent to all counsel of record by electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the local rules of the Northern District of Texas.

*/s/ Eric C. Wood*
Eric C. Wood

## INDEX TO APPENDIX

| Exhibit | Description | Bates-label |
|---|---|---|
| A | Declaration of Anyelly Montoya | App. 001 – App. 004 |
| B | Declaration of Martin Lobato | App. 005 – App. 007 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY KAY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KARIN JORDAN AGUDELO, TED MORENO, MARIA CAMILA OLIVEROS-JORDAN, ALEJANDRO OLIVEROS-JORDAN, DAVID OLIVEROS-JORDAN, MILTON MORENO GARZON, ADOLFO NARANJO, JUAN GABRIEL NEIRA JIMENEZ, HILDA MORENO, LAURA GOMEZ, NOE GOMEZ, JENNIFER STEPHANIE MARTINEZ FLORES, ANYELLY MONTOYA, FERNANDO JAVIER FIGUEROA, YAMIL FIGUEROA LOBATO, NORMA BEATRIZ ARATA, MARTIN LOBATO, and JOHN DOES 1-50, natural persons, and EASY FAST, INC., CALIFORNIA L.A. FASHION, INC., ALL SELLER, INC., ALLPRODUCTS CORP., SMILE DISTRIBUTION, INC., SOLODERMA, LLC, OCEAN ONE INVESTMENTS PRO, LLC, and JOHN DOES 51-100, business entities,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 3:19-cv-03027-D |

**DECLARATION OF ANYELLY MONTOYA**

1. My name is Anyelly Montoya. I am a citizen of the United States, over 18 years of age, and qualified in all respects to make this Declaration. I make this Declaration based solely upon my personal knowledge.

2. I am the sole member of Soloderma, LLC ("Soloderma"), a defendant herein. Soloderma is a limited liability company organized under the laws of California. Soloderma's principal place of business is located at 21781 Ventura Blvd., Suite 143, Woodland Hills, California 91364.

3. Soloderma is not required to and does not maintain a registered agent for service in Texas. Soloderma does not maintain a place of business, office or telephone number in Texas and has no employees, servants or agents within the state of Texas.

4. Soloderma does not perform any of its operations in Texas. Soloderma does not own, lease or rent any real or personal property located in Texas. Soloderma does not maintain any type of bank or securities account in Texas. Soloderma does not pay taxes in Texas. Soloderma does not advertise or market itself in Texas.

5. Soloderma has not physically performed any acts in Texas purposefully directed toward Texas or Texas residents. Soloderma does not engage and has not engaged in business in Texas and has not committed any tort within the state of Texas or elsewhere.

6. Soloderma's records are all located at its headquarters in California. All of Soloderma's employees are located in California.

7. Soloderma has never directly marketed any products for sale, including any Mary Kay products, in the State of Texas. Soloderma has never directly sold any products, including any Mary Kay products, to an individual or entity located in the State of Texas.

8. Soloderma sells products indirectly through Amazon.com on the Amazon.com Storefront under the name "VestaOnline," which was previously known as "Skin101Select" (hereinafter the "Soloderma Storefront").

9. Soloderma does not personally control the content that is contained on Amazon.com for the Soloderma Storefront. Soloderma simply delivers to Amazon.com the products that Soloderma desires to sell, and Amazon.com lists the products on its website for sale. Soloderma does not provide Amazon.com with photographs or other marketing materials

for any products that it sells. All of the products Soloderma provides to Amazon.com for sale are delivered to Amazon.com at its warehouse located in California.

10. The Soloderma Storefront is not specifically directed or marketed to individuals located in any particular state, including Texas.

11. When a product that Soloderma sells through Amazon.com on the Soloderma Storefront is sold, Soloderma receives the funds from the sale through Amazon.com. The product sold is delivered directly from Amazon.com in California to the purchaser wherever the purchaser happens to be located. Soloderma is not provided with the name or address of the purchaser for any products it sells on Amazon.com.

12. As a result, to Soloderma's knowledge, it has not indirectly sold any products, including any Mary Kay products, on Amazon.com, through the Soloderma Storefront or otherwise, to any individuals located in the State of Texas.

13. I am a resident of the State of California. I am married to Martin Lobato, a defendant herein. He and I reside at 18760 Bermuda Street, Porter Ranch, California 91326.

14. I do not personally maintain a place of business, office or telephone number in Texas, and I have no employees, servants or agents within the state of Texas. I do not personally perform any operations in Texas. I do not personally own, lease or rent any real or personal property located in Texas. I do not personally maintain any type of personal bank or securities account in Texas. I do not personally pay taxes in Texas. I do not personally advertise or market in Texas.

15. I have not personally performed any acts in Texas purposefully directed toward Texas or Texas residents. I do not personally engage and have not engaged in business in Texas,

and I have not committed any tort within the state of Texas or elsewhere. All of my records are located at either my residence or my office in California.

16. I have not personally marketed any products for sale, including any Mary Kay products, in the State of Texas. I have not personally sold any products, including any Mary Kay products, to an individual or entity located in the State of Texas. I have not personally sold any products, including any Mary Kay products, indirectly through Amazon.com in the State of Texas or elsewhere.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2020

ANYELLY MONTOYA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARY KAY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KARIN JORDAN AGUDELO, TED MORENO, MARIA CAMILA OLIVEROS-JORDAN, ALEJANDRO OLIVEROS-JORDAN, DAVID OLIVEROS-JORDAN, MILTON MORENO GARZON, ADOLFO NARANJO, JUAN GABRIEL NEIRA JIMENEZ, HILDA MORENO, LAURA GOMEZ, NOE GOMEZ, JENNIFER STEPHANIE MARTINEZ FLORES, ANYELLY MONTOYA, FERNANDO JAVIER FIGUEROA, YAMIL FIGUEROA LOBATO, NORMA BEATRIZ ARATA, MARTIN LOBATO, and JOHN DOES 1-50, natural persons, and EASY FAST, INC., CALIFORNIA L.A. FASHION, INC., ALL SELLER, INC., ALLPRODUCTS CORP., SMILE DISTRIBUTION, INC., SOLODERMA, LLC, OCEAN ONE INVESTMENTS PRO, LLC, and JOHN DOES 51-100, business entities,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 3:19-cv-03027-D |

**DECLARATION OF MARTIN LOBATO**

1. My name is Martin Lobato. I am a citizen of the United States, over 18 years of age, and qualified in all respects to make this Declaration. I make this Declaration based solely upon my personal knowledge.

2. I am a resident of the State of California. I am married to Anyelly Montoya, a defendant herein. She and I reside at 18760 Bermuda Street, Porter Ranch, California 91326.

3. I do not personally maintain a place of business, office or telephone number in Texas, and I have no employees, servants or agents within the state of Texas. I do not personally perform any operations in Texas. I do not personally own, lease or rent any real or personal

property located in Texas. I do not maintain any type of personal bank or securities account in Texas. I do not personally pay taxes in Texas. I do not personally advertise or market in Texas.

4. I have not personally performed any acts in Texas purposefully directed toward Texas or Texas residents. I do not personally engage and have not engaged in business in Texas, and I have not committed any tort within the state of Texas or elsewhere. All of my records are located at either my residence or my office in California.

5. I have never directly marketed any products for sale, including any Mary Kay products, in the State of Texas. I have never directly sold any products, including any Mary Kay products, to an individual or entity located in the State of Texas.

6. I do sell products indirectly through Amazon.com on the Amazon.com Storefront under the name "Jonsu," which was previously known as "sotabol" (hereinafter the "Jonsu Storefront").

7. I do not personally control the content that is contained on Amazon.com for the Jonsu Storefront. I simply deliver to Amazon.com the products that I desire to sell, and Amazon.com lists the products on its website for sale. I do not provide Amazon.com with photographs or other marketing materials for any products that I sell. All of the products I provide to Amazon.com for sale are delivered to Amazon.com at its warehouse located in California.

8. The Jonsu Storefront is not specifically directed or marketed to individuals located in any particular state, including Texas.

9. When a product that I sell through Amazon.com on the Jonsu Storefront is sold, I receive the funds from the sale through Amazon.com. The product sold is delivered directly from

Amazon.com in California to the purchaser wherever the purchaser happens to be located. I am not provided with the name or address of the purchaser for any products I sell on Amazon.com.

10. As a result, to my knowledge, I have not indirectly sold any products, including any Mary Kay products, on Amazon.com, through the Jonsu Storefront or otherwise, to any individuals located in the State of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2020

MARTIN LOBATO