**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARY KAY INC.,<br><br>Plaintiff,<br>v.<br><br>KARIN JORDAN AGUDELO, TED MORENO, MARIA CAMILA OLIVEROS-JORDAN, ALEJANDRO OLIVEROS-JORDAN, DAVID OLIVEROS-JORDAN MILTON MORENO GARZON, ADOLFO NARANJO, JUAN GABRIEL NEIRA JIMENEZ, HILDA MORENO, LAURA GOMEZ, NOE GOMEZ, JENNIFER STEPHANIE MARTINEZ FLORES, ANYELLY MONTOYA, FERNANDO JAVIER FIGUEROA, YAMIL FIGUEROA LOBATO, NORMA BEATRIZ ARATA, MARTIN LOBATO, and JOHN DOES 1-50, natural persons, and EASY FAST, INC., CALIFORNIA LA FASHION, INC., ALL SELLER INC., ALLPRODUCTS CORP., SMILE DISTRIBUTION, INC., SOLODERMA LLC, OCEAN ONE INVESTMENTS PRO, LLC, and JOHN DOES 51-100, business entities,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>CIVIL ACTION NO: 3:19-cv-03027-D<br><br>Judge Sidney A. Fitzwater |

---

**APPENDIX TO PLAINTIFF MARY KAY INC.'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANTS <u>SOLODERMA LLC, ANYELLY MONTOYA, AND MARTIN LOBATO</u>**

---

DATED: March 6, 2020

Respectfully submitted,

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas, 75201
(214) 981-3800 – Telephone
(214) 981-3829 – Facsimile

Kent A. Britt
Ohio Bar No. 0068182
kabritt@vorys.com
**VORYS, SATER, SEYMOUR AND PEASE LLP**
301 E. Fourth Street, Suite 3500
Cincinnati, OH 45202
Telephone: 513-723-4488
Facsimile: 513-852-7818

**ATTORNEYS FOR PLAINTIFF**
**MARY KAY INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed with the Court on March 6, 2020. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Kent A. Britt*
Kent A. Britt

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARY KAY INC.,<br><br>Plaintiff,<br>v.<br><br>KARIN JORDAN AGUDELO, TED MORENO, MARIA CAMILA OLIVEROS-JORDAN, ALEJANDRO OLIVEROS-JORDAN, DAVID OLIVEROS-JORDAN MILTON MORENO GARZON, ADOLFO NARANJO, JUAN GABRIEL NEIRA JIMENEZ, HILDA MORENO, LAURA GOMEZ, NOE GOMEZ, JENNIFER STEPHANIE MARTINEZ FLORES, ANYELLY MONTOYA, FERNANDO JAVIER FIGUEROA, YAMIL FIGUEROA LOBATO, NORMA BEATRIZ ARATA, MARTIN LOBATO, and JOHN DOES 1-50, natural persons, and EASY FAST, INC., CALIFORNIA LA FASHION, INC., ALL SELLER INC., ALLPRODUCTS CORP., SMILE DISTRIBUTION, INC., SOLODERMA LLC, OCEAN ONE INVESTMENTS PRO, LLC, and JOHN DOES 51-100, business entities,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>CIVIL ACTION NO: 3:19-cv-03027-D<br><br>Judge Sidney A. Fitzwater |

---

**DECLARATION OF CHRISTOPHER J. SCHWEGMANN IN SUPPORT OF PLAINTIFF MARY KAY INC.'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION BY DEFENDANTS <u>SOLODERMA LLC, ANYELLY MONTOYA, AND MARTIN LOBATO</u>**

---

1. My name is Christopher J. Schwegmann. I am a partner of the law firm Lynn Pinker Cox & Hurst, LLP in Dallas, Texas, and counsel of record for Mary Kay Inc. ("Mary Kay") in this action. I am over the age of 21, have never been convicted of a crime, and am a member in good standing of the Bars of Texas and New York. I am fully competent to make this declaration, and the facts set forth below are based upon my personal knowledge.

2. This case involves sales by Defendants Soloderma LLC, Anyelly Montoya, and Martin Lobato (hereinafter referenced collectively as "Defendants") of products bearing Mary Kay's trademarks through two third-party storefronts on the website www.amazon.com ("Amazon") that are currently called "VestaOnline" and "Jonsu." These storefronts can be accessed (respectively) at https://www.amazon.com/sp? seller=A3LF7ALP5P3ZL9 and https://www.amazon.com/sp? seller=A1OIUV94V907FD.

3. When an Internet user wishes to purchase a product on Amazon, the user navigates to a product listing page, chooses which seller the user wishes to purchase from (if there are multiple sellers of a product), and then clicks a button that says "Add to Cart." The user then navigates to a "checkout" page, enters a shipping address, form of payment, and delivery option, and then completes the purchase by clicking a button that says "Place your order." After an order has been placed, customers receive emails with shipping information and can communicate with their seller through a messaging system on the Amazon website.

4. Defendants do not appear to prevent consumers located in Texas from purchasing products from their "VestaOnline" or "Jonsu" storefronts. When a visitor to the Amazon website places a product offered by either of Defendants' storefronts into their "Cart," navigates to the "checkout" page, and then enters a "shipping address" that is located in Texas, the user is able to complete the transaction and purchase the product offered by Defendants.

5. As set forth in the attached exhibit, third-party sellers on Amazon ("3P sellers") such as Defendants can choose to use a service called "Fulfillment by Amazon," in which 3P sellers store their products at warehouses operated by Amazon.com and have Amazon.com ship products to consumers once they have been purchased by consumers. A true and correct copy of a webpage containing Amazon.com's description of its "Fulfillment By Amazon" service is attached as **Exhibit A**. This webpage can also be viewed electronically at https://services.amazon.com/fulfillment-by-amazon/benefits.html.

6. As set forth in the attached exhibit, 3P sellers on Amazon are always able to see where the products they have sold have been shipped, even when they choose to use the "Fulfillment By Amazon" service and do not personally ship their products to end-user consumers. 3P sellers who use the "Fulfillment By Amazon" service can view this information by downloading an "Amazon-Fulfilled Shipments Report" from their "Seller Central" accounts. The "Amazon-Fulfilled Shipments Report" includes shipping address information for every product a 3P seller has sold to a customer. A true and correct copy of instructional information provided by Amazon.com about the "Amazon-Fulfilled Shipments Report" is attached as **Exhibit B**. This instructional information can also be viewed electronically at https://sellercentral.amazon.com/gp/help/external/help.html?itemID=G2004531 20.

7. Mary Kay uses monitoring software that allows it to track Mary Kay products that Defendants have listed for sale on their Amazon storefronts. The software also estimates the volume of Defendants' sales of Mary Kay products through their Amazon storefronts. Mary Kay's monitoring software estimates that, since August 2018: (1) Defendants have sold approximately 1,200 Mary Kay products through their "VestaOnline" storefront for revenue of more than

$26,000; and (2) Defendants have sold more than 12,100 Mary Kay products through their "Jonsu" storefront for revenue in excess of $355,000.

8. Although Mary Kay's monitoring software shows that Defendants have sold a high volume of Mary Kay products through their Amazon storefronts, the software does not and cannot show the identities of customers who have purchased Mary Kay products from Defendants or where the customers are located. That information is uniquely in the possession of Amazon.com and Defendants, and can be obtained by Mary Kay only through discovery.

9. Defendants Anyelly Montoya and Martin Lobato used to be Mary Kay Independent Beauty Consultants ("Consultants"). Montoya and Lobato each entered into a contract with Mary Kay ("Consultant Agreement") in order to become Consultants.

10. Montoya entered into a Consultant Agreement with Mary Kay on June 7, 2017. A true and correct copy of the electronic signature page of Montoya's Consultant Agreement is attached as **Exhibit C**.

11. Lobato entered into a Consultant Agreement with Mary Kay on June 13, 2017. A true and correct copy of the electronic signature page of Lobato's Consultant Agreement is attached as **Exhibit D**.

12. A true and correct copy of the General Terms and Conditions of Mary Kay's Consultant Agreement that were in effect in June 2017 is attached as **Exhibit E**. By signing the electronic signature pages attached as Exhibits C and D, Montoya and Lobato expressly agreed to follow the General Terms and Conditions of Mary Kay's Consultant Agreement.

13. A true and correct copy of the Articles of Organization that were filed for Soloderma LLC on June 11, 2018 is attached as **Exhibit F**.

14. A true and correct copy of the Statement of Information that was filed for Soloderma LLC on August 19, 2018 is attached as **Exhibit G**.

15. A true and correct copy of the Statement of Information that was filed for Soloderma LLC on August 1, 2019 is attached as **Exhibit H**.

16. Apart from Exhibits F, G, and H, no other corporate documents have been filed for Soloderma LLC with the California Secretary of State.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 6, 2020

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann

*Attorney for Plaintiff Mary Kay Inc.*

amazon services   Solutions   Support   Contact us   Sign into your seller account

**Fulfillment by Amazon**   Benefits   How it Works   Pricing   Success Stories   News & Updates   Programs

Get Started

# Help grow your business with Fulfillment by Amazon



Already selling on Amazon?

Get started

New to Amazon?

Sign up

## Let Amazon pick, pack, and ship your orders

You sell it, we ship it. Amazon has one of the most advanced fulfillment networks in the world. With Fulfillment by Amazon (FBA), you store your products in Amazon's fulfillment centers, and we pick, pack, ship, and provide customer service for these products. FBA can help you scale your business and reach more customers.

What is FBA?

Exhibit A

# Save time and grow your business with these benefits

## Your products are eligible for Amazon Prime free Two-Day Shipping, FREE Shipping, and other benefits.

Prime members love free Two-Day Shipping, and all Amazon.com customers can get free shipping on eligible orders. When you list products for FBA, they are eligible for free shipping, too. Qualified FBA listings are displayed with the Prime logo, so customers know that Amazon handles packing, delivery, customer service, and returns. As you grow your competitive edge, you can increase your chance of winning the Buy Box.

Plus, when you register for an Amazon.com seller account, you can sell on Amazon's marketplaces in Canada and Mexico.

**Already a seller?** Learn how to list products for FBA ›

## Customers get Amazon's trusted customer service and returns.

FBA handles customer service and returns for Amazon.com orders.

## Our services let your business grow quickly.

Our fulfillment centers are built with your inventory in mind, and there's no minimum for the number of products you send. We handle the details to save you time, so you can focus on your business.

## It's cost-effective and simple.

Pay as you go—you are charged for storage space and the orders we fulfill. The cost of shipping is included in your fees, with no extra charge for Amazon Prime free Two-Day Shipping and free shipping on eligible orders. Fees for Selling on Amazon and optional services may apply.

# More fulfillment options

FBA's specialized services can help you grow your business without new investments in capital or staffing.



## Multi-Channel Fulfillment ›

Sell from your own or third-party e-commerce sites—we pick, pack, and ship to your customers.



## Small and Light ›

FBA Small and Light can help you reduce the cost of fulfilling orders for low-cost, small, and lightweight FBA inventory.



## Subscribe & Save ›

FBA Subscribe & Save makes it possible for you to offer discounts on eligible FBA products for repeat customers.

# Get started

New to selling on Amazon? Sign up here

**Solutions**
Sell on Amazon
Fulfillment by Amazon
Advertise on Amazon
Selling Services on Amazon
Amazon Pay
Sell Globally
Reach Business Customers

**Support**
Seller Stories
Seller Education
Seller Events

**About Us**
Contact Us
Careers

services

See All Solutions | Privacy Policy | Terms & Conditions | LinkedIn | Twitter | Facebook

© 2019, Amazon Services LLC. All Rights Reserved. An Amazon Company

amazon seller central English Sign in Sell on Amazon

This article applies to selling in: **United States**

Help / Getting started with Fulfillment by Amazon (FBA) / FBA business reports / /
**Amazon-Fulfilled Shipments Report**

# Amazon-Fulfilled Shipments Report

You can download a text file (.txt) report of completed shipments of orders that Amazon has fulfilled. The Amazon- Fulfilled Shipments Report lists completed Amazon-fulfilled shipments for the time period that you select. Report data is updated shortly after an item has been shipped, typically within several hours. At times, data may not populate until 24 hours after shipment.

The report contains all completed shipments reported to FBA during the specified time period. This may not include all items that were shipped during that time frame if they have not yet been reported to our system. Those items will be reported in a future time period. This ensures that the report data will always be consistent for any given date range.

The report includes order, shipment, and item data including price and shipping address information. In addition to downloading the report, sellers with developer capability can use Amazon Marketplace Web Services (Amazon MWS) to request the report.

## Request the Amazon-Fulfilled Shipments Report

Reports can be requested for shipments up to 18 months in the past and within a maximum date range of 31 days. Requests for older reports or wider date ranges may be cancelled by the system. If you have a large number of orders, it may take a while to generate your report. Specifying shorter date ranges can help your reports get generated faster. Note that this report is designed to provide information at the shipment level. If you would like to

know which orders went out in a specific date range, please use the "All Orders" report.

To request an Amazon-Fulfilled Shipments Report, follow the steps below:

1. Click the **Order Reports** link found under **Reports** > **Fulfillment**.
2. In the **Request an Order Report** section, select the number of prior days you would like to include. Select **Exact Dates** to set a specific time range. You can request up to one month of data in a single report.
3. Select **Amazon-Fulfilled Shipments Report** from the drop-down.
4. Click **Request Report**

# Download the report

After you generate a report, you can pick up the report from a list of generated reports. On the Order Reports page, in the **Check Report Status & Download** section, find the report you want to download. If it is ready, a **Download** button will be available.

When you click the **Download** button, a **Save As** dialog box will appear. Choose a folder location and click **Save**.

> **Note:** When you open the report in a spreadsheet program such as Microsoft Excel, depending on the language you might discover that some of the text is garbled. If you encounter this problem you can open the file using a UTF-8 compatible reader. The Excel Import Wizard provides the option of selecting the File Origin. Select "65001 : Unicode (UTF-8)" and the text will not be garbled.

After you download the report, you can open it in any database or spreadsheet program, such as Microsoft Access or Microsoft Excel.

- Shipment dates are based on when the shipment was reported to the system, which is generally a few hours after the actual ship date. Other reports may calculate shipment dates differently. All dates are in GMT.
- Customer phone numbers and billing addresses are not shown in the report to comply with our privacy policies. Customer email addresses are encrypted.

Here is a list of the fields that appear on the shipment report, as well as definitions of those fields and examples for each one.

Exhibit B

App. 10

| Field Name | Definition | Example |
|---|---|---|
| amazon-order-id | Amazon's unique, displayable identifier for an order. | 058-3718414-0463502 or S01-3718414-0463502 |
| merchant-order-id | A unique identifier optionally supplied for the order by the Merchant. | my-order |
| shipment-id | Encrypted Amazon shipment id | A13HTCT6TX9QAP |
| shipment-item-id | Encrypted Amazon shipment item id | AW5K6OE4N1SER |
| amazon-order-item-id | Amazon's unique, displayable identifier for an item within the order. | 37329900000000 |
| merchant-order-item-id | A unique identifier for an item within the order. | my-order-item-1 |
| purchase-date | The date the order was placed. | 2003-07-14T18:53:56-07:00 |
| payments-date | The date the buyer's credit card was charged and order processing was completed. | 2003-07-14T18:53:56-07:00 |
| shipment-date | The date the shipment was completed (shipped) by the fulfillment center | 2003-07-14T18:53:56-07:00 |

| Field Name | Definition | Example |
|---|---|---|
| reporting-date | The date the data for this report became available in the FBA data store. | 2003-07-14T18:53:56-07:00 |
| buyer-email | The encrypted email address of the buyer. | 12345abc@marketplace.amazon.com |
| buyer-name | The full name of the buyer. | Sean Dodson |
| buyer-phone-number | The phone number of the buyer. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| sku | A merchant-defined unique identifier for a product. | HarryPotter3 |
| product-name | The short title for the product, displayed in bold on the detail web page and in the title bar of the browser window. | Chocolate Truffles |
| quantity-shipped | The number of this item that were shipped. | 1 |
| currency | The currency used for the purchase. Supported currencies include USD, CAD, GBP, EUR, and JPY. | USD |

| Field Name | Definition | Example |
|---|---|---|
| item-price | The amount that the buyer paid for the item. Amount is aggregate of the quantity, not unit price. | 15 |
| item-tax | The amount that the buyer paid for item tax. Amount is aggregate of the quantity, not unit price. | 0 |
| shipping-price | The amount that the buyer paid for shipping. Amount is aggregate of the quantity, not unit price. | 5.95 |
| shipping-tax | The amount that the buyer paid for shipping tax. Amount is aggregate of the quantity, not unit price. | 0 |
| gift-wrap-price | The amount that the buyer paid for gift wrap. Amount is aggregate of the quantity, not unit price. | |

| Field Name | Definition | Example |
|---|---|---|
| gift-wrap-tax | The amount that the buyer paid for gift wrap tax. Amount is aggregate of the quantity, not unit price. | |
| ship-service-level | An enumerated value that determines the type of fulfillment service that the buyer expects the merchant to use (e.g., Standard v. Expedited) | Standard |
| recipient-name | Name field of a standard address. | Sean Dodson |
| ship-address-1 | The first line of a standard address. | 3151 Glenmanor Place |
| ship-address-2 | The second line of a standard address. | |
| ship-address-3 | The third line of a standard address. | |
| ship-city | The city of a standard address. | Los Angeles |
| ship-state | The state or region of a standard address. | California |
| ship-postal-code | The postal (ZIP) code of a standard address. | 90039 |
| ship-country | ISO 3166 standard two-letter country code. | US |

| Field Name | Definition | Example |
|---|---|---|
| ship-phone-number | The phone number associated with the ship-to address. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| bill-address-1 | The first line of a standard address. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| bill-address-2 | The second line of a standard address. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| bill-address-3 | The third line of a standard address. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| bill-city | The city of a standard address. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| bill-state | The state or region of a standard address. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |

| Field Name | Definition | Example |
|---|---|---|
| bill-postal-code | The postal (zip) code of a standard address. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| bill-country | ISO 3166 standard two-letter country code. | **Note:** This information will not be provided in order to comply with Amazon's privacy policy. |
| item-promotion-discount | Promotion discount applied to the order item. | -6.5 |
| ship-promotion-discount | Promotion discount applied to shipping. | -4.25 |
| carrier | The name of the carrier the package was shipped with. | UPS |
| tracking-number | The carrier's tracking number for the package. | 1Z861E7F0340512285 |
| estimated-arrival-date | The estimated date of delivery to the customer. | 7/14/2003 |
| fulfillment-center-id | The unique identifier from which fulfillment center the order was shipped. | LEX1 |
| fulfillment-channel | Indicates how the order was fulfilled, via Amazon (AFN) or Merchant (MFN) | AFN or MFN |

| Field Name | Definition | Example |
|---|---|---|
| sales-channel | The source of the order. | Amazon.com |

Was this article helpful? Yes No

## Related articles

- Amazon-Fulfilled Shipments Report
- All Orders Report
- Customer Shipment Sales Report
- Your FBA Sales Lift Tool

## Need more help?

- See more on Seller Central
- Visit Seller Forums



Reach Hundreds of Millions of Customers

Start Selling On Amazon

© 1999-2020, Amazon.com, Inc. or its affiliates

## New Agreements

Home

This is a printed version of the Mary Kay Independent Beauty Consultant Agreement that was accepted electronically on **Wednesday, June 07, 2017, 12:01 PM** Central Time.

5/16

# Mary Kay
## Independent Beauty Consultant Agreement

**Consultant No.** 1997NT

**Name:** Anyelly Montoya **Date:** 6/7/2017

**Mailing Address** : 18760 Bermuda St Porter Ranch, CA 91326-2733

**Home Phone:** **Cell Phone:** (818) 388-3335

**Date of Birth:** 10/29/1983 **SSN/ITIN:** 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 **DL#:** D6174381

**Email address:** AXMG83@HOTMAIL.COM

**Ethnicity or racial heritage:** Other & Hispanic

**Gender:** Female **Language Preference:** English

**Former Consultant:** No **Terminated Year:** **Former Consultant No:**

**Former Consultant Name:**

**Former Sales Director's Name:**

**Returned product inventory to the Company?** No

**FAMILY DATA**

**Do you have a spouse or relative who is a Mary Kay Independent Beauty Consultant (not a Mary Kay Inc. corporate employee)?** No

**Name/Relation**

**Do you have a spouse or relative who is a Mary Kay Inc. corporate employee (not an Independent Beauty Consultant)?** No

**Name/Relation**

†The Company reserves the right to accept, not accept or terminate your Independent Beauty Consultant Agreement based on your relationship with a Mary Kay Inc. employee.

**Recruiter's Name:** Laura Gomez **Consultant No.:** 8363GK

**Independent Sales Director's Name:** Hilda Moreno **Unit No.:** TL71

**Starter Kit Purchased** **Total Amount Paid:** $118.92

I understand the General Terms and Conditions of this Independent Beauty Consultant Agreement and I hereby accept those Terms and Conditions and certify that I have the legal capacity to enter into this Agreement. I understand that *Laura Gomez* will ultimately be the one to receive any recruiter commissions on my sales.

By typing your name in the space below, checking the "I Agree" box and clicking the "I Accept" button, you intend for the process to create a binding obligation subject to the General Terms and Conditions of this Agreement. You agree that upon acceptance by Company, your Agreement shall be considered a "writing" or "in writing" and shall be deemed for all purposes (i) to have been "signed" by you and (ii) to constitute an "original" when printed from electronic files or records established and maintained in the normal course of business. You agree that a printed version of this Agreement and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

Exhibit C

## New Agreements

Home

This is a printed version of the Mary Kay Independent Beauty Consultant Agreement that was accepted electronically on **Tuesday, June 13, 2017, 12:47 PM** Central Time.

5/16

# Mary Kay
## Independent Beauty Consultant Agreement

**Consultant No.** 7964LT

**Name:** Martin Lobato **Date:** 6/13/2017

**Mailing Address** : 18760 Bermuda St Porter Ranch, CA 91326-2733

**Home Phone:** **Cell Phone:** (818) 935-4181

**Date of Birth:** 6/24/1976 **SSN/ITIN:** 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 **DL#:** D2595479

**Email address:** olavarria702@yahoo.com

**Ethnicity or racial heritage:** Other & Hispanic

**Gender:** Male **Language Preference:** English

**Former Consultant:** No **Terminated Year:** **Former Consultant No:**

**Former Consultant Name:**

**Former Sales Director's Name:**

**Returned product inventory to the Company?** No

**FAMILY DATA**

**Do you have a spouse or relative who is a Mary Kay Independent Beauty Consultant (not a Mary Kay Inc. corporate employee)?** No

**Name/Relation**

**Do you have a spouse or relative who is a Mary Kay Inc. corporate employee (not an Independent Beauty Consultant)?** No

**Name/Relation**

†The Company reserves the right to accept, not accept or terminate your Independent Beauty Consultant Agreement based on your relationship with a Mary Kay Inc. employee.

**Recruiter's Name:** Anyelly Montoya **Consultant No.:** 1997NT

**Independent Sales Director's Name:** Hilda Moreno **Unit No.:** TL71

**Starter Kit Purchased** **Total Amount Paid:** $118.92

I understand the General Terms and Conditions of this Independent Beauty Consultant Agreement and I hereby accept those Terms and Conditions and certify that I have the legal capacity to enter into this Agreement. I understand that *Anyelly Montoya* will ultimately be the one to receive any recruiter commissions on my sales.

By typing your name in the space below, checking the "I Agree" box and clicking the "I Accept" button, you intend for the process to create a binding obligation subject to the General Terms and Conditions of this Agreement. You agree that upon acceptance by Company, your Agreement shall be considered a "writing" or "in writing" and shall be deemed for all purposes (i) to have been "signed" by you and (ii) to constitute an "original" when printed from electronic files or records established and maintained in the normal course of business. You agree that a printed version of this Agreement and of any notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

# Independent Beauty Consultant Agreement
# General Terms and Conditions

## A. THE INDEPENDENT BEAUTY CONSULTANT AGREES:

1. To promote and sell Mary Kay® products only to ultimate consumers and not to resellers, and only in quantities generally purchased by an ultimate consumer for personal use. I understand that I may not sell or display Mary Kay® products in retail sales or service establishments. I further understand that I am authorized to sell Mary Kay® products only in the United States, Puerto Rico, the U.S. Virgin Islands and Guam.
2. To provide each consumer with the written Mary Kay® Satisfaction Guarantee and to promptly honor it upon request. I understand that Mary Kay Inc. ("Company") sponsors a complete satisfaction or money-back guarantee as to each Mary Kay® product sold by me to a consumer.
3. To maintain the highest standards of integrity, honesty and responsibility in dealings with the Company, consumers and other Beauty Consultants. To present Mary Kay® products in a truthful and sincere manner and hold the Company harmless from damages resulting from misrepresentations by me.
4. To protect the Mary Kay® trademarks and trade name by obtaining the Company's written permission prior to my use in any advertising (including but not limited to the Internet) or literature other than Company-published material. I understand that display or sale of Mary Kay® products in or to public, retail or service establishments of any kind (including Internet retail or auction sites) is prohibited under the terms of this Agreement. I agree that I will not (directly or indirectly through any intermediary or instrumentality) offer for sale, or facilitate the offering of Mary Kay® products for sale through such establishments or websites (including, but not limited to, eBay and Amazon). I understand that the obligations in this paragraph survive the termination of this Agreement.
5. As an independent contractor, to assume sole liability for all self-employment (Social Security) taxes, tax filings and registrations legally required by my activities as an Independent Beauty Consultant and to abide by all federal, state and local laws governing my Mary Kay business, including anti-spam, privacy and other consumer protection laws.
6. To purchase the Starter Kit and all Mary Kay® products only from Company. All orders submitted to Company shall be accompanied by cash, credit card charge, cashier's or certified check or money order made payable to the order of "Mary Kay Inc." for the full amount due. I understand that all orders are subject to acceptance by Company and the terms of this Agreement.
7. I am not a joint venturer with, or franchisee, partner, agent or employee of Company. I have no power or authority to incur any debt, obligation or liability on behalf of Company. I understand that all Independent Beauty Consultants, Independent Sales Directors and Independent National Sales Directors are independent contractors and are subject to this provision.
8. When presenting the Mary Kay opportunity to do so in a truthful and sincere manner and ensure that any prospective Beauty Consultant recruited by me is the age of 18 years or older and receives education and materials related to a Mary Kay business upon submission of an Independent Beauty Consultant Agreement.
9. To keep my contact information on file with the Company up-to-date, including my current address and phone number. I agree that Company may release my name and telephone number in response to a customer's request for a Beauty Consultant in my area. If this information is not to be released, I agree to notify Company that I do not want this information released by written notice directed to: Consultant Records Department, P.O. Box 799040, Dallas, TX 75379-9040. The Company also may share information about me with other Independent Beauty Consultants and third-party vendors as necessary for the fulfillment of contractual obligations.
10. To keep the personal information of other Independent Beauty Consultants, customers and potential customers that I obtain as a result of, or in connection with, my Mary Kay business secure and not to disclose or share this information with others without express permission from the individual. I further agree to treat any and all personal information received by me directly or indirectly from the Company as highly confidential and to not disclose it to others without the express authorized written permission of the Company.
11. To abide by the terms, conditions and guidelines of all tools and services that the Company makes available and that I use to support my business.
12. To comply with any changes to the General Terms and Conditions of the Independent Beauty Consultant Agreement that may be made by the Company. The Company may change suggested retail prices, discounts, commissions, shipping and handling charges, contest rules and active status requirements at any time, which become effective after the Company has provided 10 days' written notice of the changes by posting on the Company website(s).
13. I may not delete, add, modify, tamper with, or alter any labels, material, or packaging for Mary Kay® products or associated product literature.
14. I am responsible for providing customers with high quality Mary Kay® products and for the proper storing and handling of Mary Kay® products. I agree to follow any specific instructions provided on product labels, literature, and fact sheets, as well as any other instructions that may be provided through marykayintouch.com.
15. I agree to provide truthful and accurate information to my customers and potential customers regarding Mary Kay® products and will provide advice, answer questions, and teach customers how to use the products using product information and educational tools approved and provided by the Company for use by Independent Beauty Consultants. I will provide contact information to my customers sufficient to allow them to contact me in the event the customer has questions about a product or a product purchase.

## B. MARY KAY INC. ("COMPANY") AGREES:

1. In exchange for Beauty Consultant's compliance with the terms and conditions set forth above, to sell to the Beauty Consultant items from the then current Consultant order form ("COF") and to allow an active Beauty Consultant a discount from suggested

retail prices on Section 1 items from the COF ("Section 1 products"). The discount shall not apply to samplers, premiums, demonstrators, literature or sales promotion items.

2. To pay Beauty Consultant with one or more active team members a monthly personal team commission on all purchases of Company products (excluding Starter Kits and sales aids) made by persons whom Beauty Consultant has personally recruited to become Mary Kay Beauty Consultants and who have been accepted by the Company, with commissions to be calculated and paid in accordance with the then current Company-published monthly personal team commission schedule for so long as both Beauty Consultant and team member are active, provided that commissions and bonuses paid on merchandise not sold at retail to ultimate consumers which is subsequently returned for Company repurchase pursuant to this Agreement, may be charged back or deducted from commissions or other sums payable by Company to Beauty Consultant. A Consultant must be active and have one or more active team members in order to receive a monthly personal team commission. An Independent Beauty Consultant is considered "active" in the month a minimum $225 wholesale Section 1 product order is received by Company and in the following two calendar months.
3. Not to impose any geographical territories on Beauty Consultant concerning sales and team-building except as provided in Section A. 1.
4. Company reserves no right of control or direction of Beauty Consultant's activities, other than the right to question results.
5. **To accept Consultant's cancellation of this Agreement within thirty (30) days after acceptance of the Agreement by Company, and upon return of Consultant's original and unused Starter Kit to Company, to refund to Consultant the Consultant's cost of the Starter Kit; or if Agreement is terminated and Consultant's original and unused Starter Kit is returned to Company after the cancellation period and within one (1) year of purchase, to repurchase such Starter Kit at ninety percent (90%) of Consultant's original net cost.**
6. **To repurchase, upon termination of this Agreement, at ninety percent (90%) of Consultant's original net cost, original and unused Section 1 products, provided such items were purchased by Consultant from Company within one (1) year prior to return.**
7. Starter Kit and Section 1 products must be shipped freight prepaid accompanied by a signed "Request for Repurchase" form to the Mary Kay Repurchase Department in Dallas. Consultant agrees that Company's cost of any prizes, product bonuses or credits awarded to Consultant based on the purchase of the returned Section 1 products, and any indebtedness Consultant owes Company, will be deducted from the repurchase amount. Consultant who returns product to Company is not eligible to rejoin the Mary Kay independent sales force. Consultant agrees that Section 2 items are not intended to be purchased from the Company for resale and are not subject to the repurchase provisions.
8. Customer names and addresses furnished by Beauty Consultant to Company in connection with optional programs shall remain the sole property of Beauty Consultant and will not be used by Company or disclosed by Company to other parties without Beauty Consultant's permission, except as may be required by law.
9. There will be no direct sales from Company to the Beauty Consultant's customer without a commission being paid to customer's Beauty Consultant, provided Beauty Consultant is a member of the Mary Kay independent sales organization at the time of the sale. Company will not accept an order directly from customer without the name and Beauty Consultant number of customer's Beauty Consultant. Commissions will be charged back on customer returns.

**This Agreement is subject to acceptance by Company at its corporate headquarters in Dallas, Texas, through issuance of a Notice of Acceptance. Such acceptance is conditioned upon receipt of a Starter Kit by Beauty Consultant. This Agreement shall be governed by the laws of the State of Texas as to all matters. The parties further agree that if any dispute or controversy arises between them concerning any matter relating to this Agreement that any issues which either party may elect to submit for legal jurisdiction shall be submitted to the jurisdiction of the courts of the State of Texas, with the exception of any dispute or controversy arising out of or relating to the use or misuse of Mary Kay® intellectual property, which dispute may, at the sole discretion of the Company, be submitted to the exclusive jurisdiction of the Federal District Court for the Northern District of Texas. The parties agree that the venue for any state court action shall be Dallas, Dallas County, Texas and that the venue for any federal court action shall be the Dallas Division of the Federal District Court for the Northern District of Texas.**

**This Agreement is not subject to alteration, modification or change, except in writing, signed by an authorized executive of the Company and shall not be deemed to be changed, modified or altered by reason of any advice, suggestions, guides or sales aids furnished by the Company to the Beauty Consultant. This Agreement shall be effective from the date of acceptance until December 31 of the same year and shall thereafter be automatically renewed each January 1, for additional terms of one year each, provided that the Agreement may be terminated by either party effective immediately for any breach of its provisions or by either party at any time during the initial term or any renewal term by not less than thirty (30) days written notice.**

It is not necessary to submit a new Agreement (or purchase a new Starter Kit) if reinstating within one year of last order month (anniversary month, if no last order) as the terms and conditions of the then current Independent Beauty Consultant Agreement will continue in full force and effect. For record purposes, a Consultant must have a minimum $225 wholesale Section 1 product order to update her last order date.

This is the sole and only Agreement between the parties relating to the subject matter hereof, and both parties acknowledge that the Independent Beauty Consultant is not an employee of Company and will not be treated as an employee with respect to this Agreement for federal, state or local tax purposes, or otherwise.

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

# LLC Registration – Articles of Organization

| | |
|---|---|
| Entity Name: | soloderma LLC |
| Entity (File) Number: | 201816510289 |
| File Date: | 06/11/2018 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

Detailed Filing Information

1. Entity Name: soloderma LLC

2. Business Addresses:
   a. Initial Street Address of Designated Office in California: 21781 Ventura Blvd Suite 143, Woodland Hills, California 91364, United States
   b. Initial Mailing Address: 21781 Ventura Blvd Suite 143, Woodland Hills, California 91364, United States

3. Agent for Service of Process: LEGALZOOM.COM, INC. (C2967349)

4. Management Structure: All LLC Member(s)

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer: By: Cheyenne Moseley, Assistant Secretary of Legalzoom.com, Inc.

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

18-C77821

FILED

In the office of the Secretary of State of the State of California

AUG 19, 2018

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

SOLODERMA LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201816510289 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box: 21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |
| b. Mailing Address of LLC, **if different than item 4a**: 21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box: 21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

b. Entity Name - Do not complete Item 5a
ANYELLY MONTOYA

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
LEGALZOOM.COM, INC. (C2967349)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
ONLINE RETAIL

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 08/19/2018 | ANYELLY MONTOYA | OWNER | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

App. 23

# Secretary of State
# Statement of Information
(Limited Liability Company)

**LLC-12**

19-C93058

FILED

In the office of the Secretary of State of the State of California

AUG 01, 2019

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

SOLODERMA LLC

| **2. 12-Digit Secretary of State File Number** | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) |
|---|---|
| 201816510289 | CALIFORNIA |

**4. Business Addresses**

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |
| b. Mailing Address of LLC, **if different than item 4a**<br>21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | **CA** | 91364 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Anyelly | | Montoya | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | **CA** | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

LEGALZOOM.COM, INC. (C2967349)

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company

ONLINE RETAIL

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Anyelly | | Montoya | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 21781 VENTURA BLVD SUITE 143 | WOODLAND HILLS | CA | 91364 |

**9. The Information contained herein, including any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 08/01/2019 | Anyelly Montoya | Owner | |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

App. 24



2017 California Secretary of State
www.sos.ca.gov/business/be