**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARY KAY INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. NO.: 3:19-CV-03027-D |
| | § | |
| KARIN JORDAN AGUDELO, et al., | § | Judge Sidney A. Fitzwater |
| | § | |
| Defendants. | § | |
| | § | |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SEEK LIMITED DISCOVERY

The Court, having reviewed Plaintiff Mary Kay Inc.'s Motion for Leave to Seek Limited Discovery ("Motion"), the supporting declaration of Kent A. Britt, any additional papers filed in support of and of in opposition to the Motion, the files in this action, and any evidence and argument that was allowed at any hearing on the Motion, hereby GRANTS the Motion.

Mary Kay is granted leave to take discovery from Amazon.com, Inc. regarding Mary Kay's damages in this case.

**IT IS SO ORDERED.**

Dated: ______________________________

______________________________________
Honorable Sidney A. Fitzwater
United States District Judge